# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>**UNITED STATES MAGISTRATE JUDGE** | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

May 2, 2011

Mark H. Anania, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102-0652

David Leit, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068-1791

## LETTER ORDER

    Re:    **Hayward Industries, Inc. v. Aquastar Pool Products, Inc.**
              **Civil Action No. 10-3571 (SDW)**

Dear Counsel:

    A continuation settlement conference is scheduled for **Friday, May 27, 2011 at 10:30 a.m.** Trial counsel are to be present at the conference. Clients will full settlement authority shall be present at the conference.

    **SO ORDERED.**

                              *s/Madeline Cox Arleo*
                              **MADELINE COX ARLEO**
                              **United States Magistrate Judge**

cc:    Clerk
        Hon. Susan D. Wigenton, U.S.D.J.
        File