UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AQUASTAR POOL PRODUCTS, INC., <br><br> Defendant. | DOCUMENT ELECTRONICALLY FILED <br><br> Civil Action No.: 2:10-cv-3571 <br><br> **STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL <u>WITH PREJUDICE</u>** |

THIS MATTER having been amicably settled by and between Plaintiff Hayward Industries, Inc. ("Hayward") and Defendant AquaStar Pool Products, Inc. ("AquaStar"), the parties hereby stipulate and agree as follows:

1. All claims, counterclaims, and defenses that the above-referenced parties have asserted against each other in the within action are hereby dismissed with prejudice and without costs or attorneys' fees to any party.

2. The Court shall retain jurisdiction solely to enforce the terms of any agreement among the parties relating to this action.

We hereby consent to the form and entry of the within Order

| McCARTER & ENGLISH, LLP | CONNELL FOLEY LLP |
|---|---|
| By: _____ <br> Scott S. Christie <br> Attorneys for Plaintiff <br>   Hayward Industries, Inc. <br> Four Gateway Center <br> 100 Mulberry Street <br> Newark, NJ  07102 <br> (973) 622-4444 | By: _____ <br> Peter J. Pizzi <br> Attorneys for Defendant <br>   AquaStar Pool Products, Inc. <br> 85 Livingston Avenue <br> Roseland, New Jersey 07068 <br> (973) 535-0500 |

2546234-03

LAUSON & TARVER LLP

By: _____
Robert J. Lauson
Attorneys for Defendant
 AquaStar Pool Products, Inc.
880 Apollo Street, Suite 301
El Segundo, California 90245
(310) 726-0892

So Ordered this 3RD day of ~~July~~ August 2011:

_____
Hon. Susan D. Wigenton, U.S.D.J.

2